**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
AT ABINGDON**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | No. 1:08-CR-00024-003 |
| | ) | Hon. James P. Jones |
| **MARCUS ANDREW WATKINS** | ) | |

**NOTICE OF APPEAL**

Notice is given that Marcus Andrew Watkins, the Defendant, appeals to the U.S. Court of Appeals for the Fourth Circuit from the Order (R. 2326) denying the Motion to Withdraw Plea of Guilty (R. 2318) on November 30, 2009, and the Judgment and Sentence of this Court (R. 2330), entered on December 1, 2009.

> Respectfully submitted,
>
> *s/Guy W. Blackwell*
> Guy W. Blackwell, TN BPR #008225
> CJA Attorney for Marcus Andrew Watkins
> Law Office of Guy W. Blackwell, P.C.
> 138 Saylor Rd.
> Gray, TN 37615
> 423-202-4303
> Fax:  423-753-5846
> Email:  gwblawoffice@Comcast.net

**CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2009, a copy of the foregoing Motion was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. mail.  Parties may access this filing through the Court's electronic filing system.

> *s/Guy W. Blackwell*
> Guy w. Blackwell